Opinion by KEEFE, J. From an examination of the record the court found nothing to correct. The protest was overruled.

**No. 50008.**—Protest 111250–K of Vidalia Distributing Co. (Louisville).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

FEBRUARY 5, 1945

**No. 50009.**—test 981860–G of Republic Steel Corporation. C. D. 903. Plaintiff's application for rehearing denied.

FEBRUARY 9, 1945

**No. 50010.**——Protest 89885–K of Rubin Bros. Footwear. C. D. 895. Plaintiff's application for rehearing granted.

FEBRUARY 12, 1945

**No. 50011.**——Protest 79473–K of Calif. Asia Co., Ltd. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 14, 1945

**No. 50012.**—Protests 949019–G, etc., of Seaboard Import Co. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458. The protests were sustained to this extent.

**No. 50013.**—Protests 964576–G, etc., of Hollander Bead & Novelty Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458. The protests were sustained to this extent.